■ In the Matter of the Construction of the Will of LOUIS JOSEPH, Deceased. NATHAN FRANKEL, as Special Guardian for SAMUEL JOSEPH and Others, Appellant; CARL JOSEPH et al., as Executors of LOUIS JOSEPH, Deceased, Respondents.— Appeal by the special guardian from so much of a decree of the Surrogate's Court, Westchester County, as construes the testator's will to the effect that the trusts for appellant's wards are to be created only out of those

assets remaining after the legacies in paragraphs Sixth and Seventh of the will are satisfied. Decree insofar as appealed from unanimously affirmed, with costs to all parties filing separate briefs, payable out of the estate. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. [12 Misc 2d 1076.]